```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 12-42186 WJL** |
| **EDWARD LEE BERCOVICH and CHERYL DARLENE BERCOVICH,** | Chapter 13 |
| Debtors. | **MOTION TO MODIFY CHAPTER 13 PLAN** |

The above-named debtors apply to the court for an order to modify their Chapter 13 Plan as follows:

Debtors shall surrender the real property located at 205 E. Harmon Avenue #907, Las Vegas, NV 89169 to CitiMortgage & Marie Antoinette Homeowners Association. Debtors reject the executory contract of Marie Antoinette Homeowners Association, pertaining to the aforementioned real property. Any allowed unsecured claim for damages resulting from the rejection shall be paid under paragraph 2(d) of the Chapter 13 Plan.

Dated: December 20, 2012

                                          /s/ Patrick L. Forte
                                          PATRICK L. FORTE
                                          Attorney for Debtors