```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 12-42186 WJL** |
| **EDWARD LEE BERCOVICH and CHERYL DARLENE BERCOVICH,** | **Chapter 13** |
| **Debtors.** _____/ | **CERTIFICATE OF SERVICE** |

My place of business is in the County of Alameda; I am over the age of 18 years and not a party to the within action; my business address is One Kaiser Plaza, Suite 480, Oakland, CA 94612.

On December 21, 2012, I served the within;

**MOTION TO MODIFY CHAPTER 13 PLAN; NOTICE TO CREDITORS OF DEADLINE TO REQUEST A HEARING; DECLARATION OF DEBTOR IN SUPPORT OF ORDER MODIFYING PLAN**

on the below-named electronically through the court's CM/ECF program:

**Martha Bronitsky, Trustee     U. S. Trustee**

and on the below names in this action by placing a true copy thereof in a sealed envelope with certified postage thereon fully paid in the United States Mail at Oakland, CA addressed as follows:

**Attn: officer or managing agent
CitiMortgage, Inc.
PO Box 30509
Tampa, FL 33631**
*///*

*///*

Page 1 of 4

Case: 12-42186   Doc# 22-2   Filed: 12/21/12   Entered: 12/21/12 08:58:37   Page 1 of 4

**Attn: Officer or Managing Agent**
**CitiMortgage, Inc.**
**C/o CT Corporation System**
**818 W Seventh Street**
**Los Angeles, CA 90017**

and on the below names in this action by placing a true copy thereof in a sealed envelope with postage thereon fully paid in the United States Mail at Oakland, CA addressed as follows:

**See attached list**

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: December 21, 2012       /s/ Joe P. Segura
                                         JOE P. SEGURA

```
Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

KEYSTONE RECOVERY PARTNERS LLC, SERIES A
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

AMERICAN HONDA FINANCE CORPORATION
NATIONAL BANKRUPTCY CENTER
P.O. BOX 168088
IRVING, TX 75016-8088

Bank of America, N.A.
c/o Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

BACK BOWL I LLC, SERIES C
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

CitiMortgage, Inc
P.O. Box 6030
Sioux Falls, SD 57117-6030

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk VA 23541

Attn: Officer or Managing Agent
Citimortgage
1000 Technology Drive
O'Fallon, MO 63368-2240

Attn: Officer or Managing Agent
Marie Antoinette Homeowners Association
205 E Harmon Avenue
Las Vegas, NV 89169
```

| | |
|---|---|
| 1 | Bank of America, NA<br>C/o Pite Duncan, LLP |
| 2 | 4375 Jutland Drive, Suite 200<br>PO Box 17933 |
| 3 | San Diego, CA 92177-0933 |
| 4 | CitiMortgage, Inc.<br>C/o Pite Duncan, LLP |
| 5 | 4375 Jutland Drive, Suite 200<br>PO Box 17933 |
| 6 | San Diego, CA 92177-0933 |
| 7 | GE Capital Retail Bank<br>C/o Recovery Management Systems Corp |
| 8 | 25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| 9 | Attn: Ramesh Singh |