

```
1   PATRICK L. FORTE #80050
    ANNE Y. SHIAU, #273709
2   LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480          The following constitutes the order of the court.
3   Oakland, CA 94612               Signed January 25, 2013
    Telephone: (510) 465-3328
4   Facsimile: (510) 763-8354

5   Attorneys for Debtors           _____
                                    William J. Lafferty, III
6                                   U.S. Bankruptcy Judge
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 12-42186 WJL** |
| **EDWARD LEE BERCOVICH and CHERYL DARLENE BERCOVICH,** | **Chapter 13** |
| Debtors. | <u>**ORDER MODIFYING CHAPTER 13 PLAN**</u> |

The above named debtors having served a Motion to Modify Chapter 13 Plan on December 21, 2012, and any opposition, if received, having been resolved and good cause appearing therefor;

**IT IS ORDERED** that debtors' Chapter 13 Plan be modified as follows:

Debtors shall surrender the real property located at 205 E. Harmon Avenue #907, Las Vegas, NV 89169 to CitiMortgage & Marie Antoinette Homeowners Association. Debtors reject the executory contract of Marie Antoinette Homeowners Association, pertaining to the aforementioned real property. Any allowed unsecured claim for damages resulting from the rejection shall be paid under paragraph 2(d) of the Chapter 13 Plan.

**END OF ORDER**

**COURT SERVICE LIST**

Attn: officer or managing agent
CitiMortgage, Inc.
PO Box 30509
Tampa, FL 33631

Attn: Officer or Managing Agent
CitiMortgage, Inc.
C/o CT Corporation System
818 W Seventh Street
Los Angeles, CA 90017

Attn: Officer or Managing Agent
Marie Antoinette Homeowners Association
205 E Harmon Avenue
Las Vegas, NV 89169