PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 12-42186 WJL** |
| **EDWARD LEE BERCOVICH and CHERYL DARLENE BERCOVICH,** | Chapter 13 |
| Debtors. | **MOTION TO MODIFY CHAPTER 13 PLAN** |
| _____/ | |

The above-named debtors apply to the court for an order to modify their Chapter 13 Plan as follows:

Debtors shall surrender the real property located at 4810 Black Bear Road #202, Las Vegas, NV 89149 to CitiMortgage, Clark County Treasurer, Painted Desert Community Association, and Turning Point Community Association.

Dated: May 13, 2013

                                                        /s/ Anne Y. Shiau
                                                        ANNE Y. SHIAU
                                                        Attorney for Debtors