```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 12-42186 WJL** |
| **EDWARD LEE BERCOVICH and CHERYL DARLENE BERCOVICH,** | **Chapter 13** |
| Debtors. | **CERTIFICATE OF SERVICE** |

My place of business is in the County of Alameda; I am over the age of 18 years and not a party to the within action; my business address is One Kaiser Plaza, Suite 480, Oakland, CA 94612.

On May 22, 2013, I served the within;

**MOTION TO MODIFY CHAPTER 13 PLAN; NOTICE TO CREDITORS OF DEADLINE TO REQUEST A HEARING; DECLARATION OF DEBTOR IN SUPPORT OF ORDER MODIFYING PLAN**

on the below-named electronically through the court's CM/ECF program:

**Martha Bronitsky, Trustee     U. S. Trustee**

and on the below names in this action by placing a true copy thereof in a sealed envelope with postage thereon fully paid in the United States Mail at Oakland, CA addressed as follows:

**See attached list.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: May 22, 2013          /s/ Joe P. Segura
                              JOE P. SEGURA

Page 1 of 2

Case: 12-42186   Doc# 30-1   Filed: 05/22/13   Entered: 05/22/13 12:15:39   Page 1 of 2

| | |
|---|---|
| 1 | CitiMortgage, Inc<br>P.O. Box 6030 |
| 2 | Sioux Falls, SD 57117-6030 |
| 3 | Bank of America, N.A.<br>C/o Pite Duncan, LLP |
| 4 | 4375 Jutland Drive, Suite 200<br>PO Box 17933 |
| 5 | San Diego, CA 92177-0933 |
| 6 | CitiMortgage, Inc.<br>C/o Pite Duncan, LLP |
| 7 | 4375 Jutland Drive, Suite 200<br>PO Box 17933 |
| 8 | San Diego, CA 92177-0933 |
| 9 | GE Capital Retail Bank<br>C/o Recovery Management Systems Corp. |
| 10 | Financial Controller<br>25 SE 2nd Avenue, Suite 1120 |
| 11 | Miami, FL 33131-1605<br>Attn: Ramesh Singh |
| 12 | |
| | Clark County Treasurer |
| 13 | Office of the County Treasurer<br>500 South Grand Central Parkway |
| 14 | PO Box 551220<br>Las Vegas, NV 89155-1220 |
| 15 | |
| | Painted Desert Community Association |
| 16 | 5565 Painted Mirage Road<br>Las Vegas, NV 89149 |
| 17 | |
| | Turning Point Community Association |
| 18 | C/o Ideal Community Management Inc<br>6767 W. Tropicana Avenue, Suite 200 |
| 19 | Las Vegas, NV 89103 |