Entered on Docket
July 05, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

The following constitutes the order of the court.
Signed July 5, 2013

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                      Case No. 12-42186 WJL

**EDWARD LEE BERCOVICH and**                Chapter 13
**CHERYL DARLENE BERCOVICH,**
                Debtors.                    <u>ORDER MODIFYING CHAPTER 13 PLAN</u>
_____/

The above named debtors having served a Motion to Modify Chapter 13 Plan on May 22, 2013, and any opposition, if received, having been resolved and good cause appearing therefor;

**IT IS ORDERED** that debtors' Chapter 13 Plan be modified as follows:

Debtors shall surrender the real property located at 4810 Black Bear Road #202, Las Vegas, NV 89149 to CitiMortgage, Clark County Treasurer, Painted Desert Community Association, and Turning Point Community Association.

**END OF ORDER**

**COURT SERVICE LIST**

'No physical service required'

Case: 12-42186    Doc# 38    Filed: 07/05/13    Entered: 07/05/13 11:47:26    Page 2 of 2