JaVonne M. Phillips, Esq. SBN 187474
Merdaud Jafarnia, Esq. SBN 217262
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4810

Attorney for: CitiMortgage, Inc., its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 12-42186 L |
| **Edward Lee Bercovich** | § | |
| **Cheryl Darlene Bercovich** | § | Chapter: 13 |
| | § | |
| Debtors | § | |

**REQUEST FOR SPECIAL NOTICE
PURSUANT TO BANKRUPTCY RULES
2002, 9014 AND 7004**

PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by CitiMortgage, Inc., its assignees and/or successors in the above-referenced bankruptcy case.

McCarthy & Holthus, LLP hereby requests special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following address:

McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101
(877) 369-6122

Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. CitiMortgage, Inc., its assignees and/or successors must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

Dated: 4/4/2014                                             McCarthy & Holthus, LLP

                                                            By: /s/ Merdaud Jafarnia, Esq.
                                                                Merdaud Jafarnia, Esq.,
                                                                Attorney for CitiMortgage, Inc., its assignees
                                                                and/or successors