PATRICK L. FORTE, #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, Suite 911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 12-42186 WJL** |
| **EDWARD LEE BERCOVICH and CHERYL DARLENE BERCOVICH,** | **Chapter 13** |
| Debtors. | **MOTION TO MODIFY CHAPTER 13 PLAN** |

The above-named debtors apply to the court for an order to modify their Chapter 13 Plan as follows:

Debtors reject the executory contracts of Painted Desert Community Association and Turning Point Community Association effective May 22, 2013 as they pertain to the real property located at 4810 Black Bear Road #202, Las Vegas, NV 89149. Any allowed unsecured claims for damages resulting from the rejection shall be paid under paragraph 2(d) of the Chapter 13 plan.

Dated: April 29, 2016

/s/ Patrick L. Forte
PATRICK L. FORTE
Attorney for Debtors

Page 1 of 1