```
PATRICK L. FORTE, #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, #911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 12-42186 WJL** |
| **EDWARD LEE BERCOVICH and CHERYL DARLENE BERCOVICH,** | **Chapter 13** |
| **Debtors.** _____/ | **DECLARATION OF PATRICK L. FORTE IN SUPPORT OF MOTION TO MODIFY PLAN** |

I, Patrick L. Forte, declare:

1. I am the attorney of record for Edward lee Bercovich and Cheryl Darlene Bercvovich, ("Debtors").

2. On May 22, 2013 Debtors filed a Motion to Modify Plan to provide for the surrender of the real property located at 4810 Black Bear Road #202, Las Vegas, NV to CitiMortgage, Painted Desert Community Association, and Turning Point Community Association. An Order Modifying Plan was entered on July 5, 2013. Debtors now seek to modify their Chapter 13 Plan to reject the executory contracts of Painted Desert Community Association and Turning Point Community Association effective May 22, 2013.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed April 29, 2016, at Oakland, California

                                                /s/ Patrick L. Forte
                                                PATRICK L. FORTE