```
PATRICK L. FORTE, #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, #911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 12-42186 WJL** |
| **EDWARD LEE BERCOVICH and CHERYL DARLENE BERCOVICH,** | **Chapter 13** |
| Debtors. _____/ | **DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO MODIFY PLAN** |

I, Edward Lee Bercovich, declare:

1. I am one of the above named debtors.

2. On May 22, 2013, I elected to surrender the real property located at 4810 Black Bear Road #202, Las Vegas, NV 89149.

3. I reject the executory contracts of Painted Desert Community Association & Turning Point Community Association effective May 22, 2013 as they pertain to the real property located at 4810 Black Bear Road #202, Las Vegas, NV 89149.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed May 4, 2016, at Oakland, California

                                                          /s/ Edward Lee Bercovich
                                                          Edward Lee Bercovich