The following constitutes
the order of the court. Signed June 25, 2012

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 08-40020 RLE |
| **TANNIS KRISTINE KRISTJANSON,** | Chapter 13 |
| Debtor. | <u>ORDER MODIFYING CHAPTER 13 PLAN</u> |
| _____/ | |

The above named debtor having served a Motion to Modify Chapter 13 Plan on May 31, 2012, and there being no objections thereto and good cause appearing therefor;

**IT IS ORDERED** that debtor's Chapter 13 Plan be modified as follows:

Debtor shall surrender the real property located at 4550 Seven Hills Road, Castro Valley, CA 94546 to the Alameda County Tax Collector & Bank of America, formerly Countrywide Home Loans.

Commencing June 2012, debtor will pay $2,115.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

**END OF ORDER**

**COURT SERVICE LIST**

'No physical service required'

Case: 08-40020    Doc# 61    Filed: 06/25/12    Entered: 06/25/12 16:13:28    Page 2 of 2