```
PATRICK L. FORTE, #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, #911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354


Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 12-42186 WJL** |
| **EDWARD LEE BERCOVICH and CHERYL DARLENE BERCOVICH,** | **Chapter 13** |
| **Debtors.** | **CERTIFICATE OF SERVICE** |

My place of business is in the County of Alameda; I am over the age of 18 years and not a party to the within action; my business address is 1624 Franklin Street, #911, Oakland, CA 94612.

On May 27, 2016, I served the within;

**Notice of Hearing on Motion To Modify Plan**

on the below-named electronically through the court's CM/ECF program:

**Martha Bronitsky, Trustee     U. S. Trustee**

and on the below names in this action by placing a true copy thereof in a sealed envelope with postage thereon fully paid in the United States Mail at Oakland, CA addressed as follows:

**See attached list.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: May 27, 2016            /s/ Joe P. Segura
                               JOE P. SEGURA

Page 1 of 3

Case: 12-42186   Doc# 61-1   Filed: 05/27/16   Entered: 05/27/16 15:50:11   Page 1 of 3

| | |
|---|---|
| 1 | Painted Desert Community Association |
| | 5565 Painted Mirage Road |
| 2 | Las Vegas, NV 89149 |
| 3 | Turning Point Community Association |
| | C/o Ideal Community Management, Inc. |
| 4 | 6767 W. Tropicana Avenue, Suite 200 |
| | Las Vegas, NV 89103 |
| 5 | |
| | Discover Bank |
| 6 | DB Servicing Corporation |
| | PO Box 3025 |
| 7 | New Albany, OH 43054-3025 |
| 8 | KEYSTONE RECOVERY PARTNERS LLC, SERIES A |
| | C O WEINSTEIN AND RILEY, PS |
| 9 | 2001 WESTERN AVENUE, STE 400 |
| | SEATTLE, WA 98121 |
| 10 | |
| | AMERICAN HONDA FINANCE CORPORATION |
| 11 | NATIONAL BANKRUPTCY CENTER |
| | P.O. BOX 168088 |
| 12 | IRVING, TX 75016-8088 |
| 13 | Green Tree Servicing LLC |
| | P.O. Box 6154 |
| 14 | Rapid City, SD 57709-6154 |
| 15 | American Express Centurion Bank |
| | c/o Becket and Lee LLP |
| 16 | POB 3001 |
| | Malvern PA 19355-0701 |
| 17 | |
| | BACK BOWL I LLC, SERIES C |
| 18 | C O WEINSTEIN AND RILEY, PS |
| | 2001 WESTERN AVENUE, STE 400 |
| 19 | SEATTLE, WA 98121 |
| 20 | CitiMortgage, Inc |
| | P.O. Box 6030 |
| 21 | Sioux Falls, SD 57117-6030 |
| 22 | Portfolio Recovery Associates, LLC |
| | PO Box 41067 |
| 23 | Norfolk VA 23541 |
| 24 | Citibank, N.A. |
| | P.O. Box 6030 |
| 25 | Sioux Falls, SD 57117-6030 |
| 26 | |

| | |
|---|---|
| 1 | BANK OF AMERICA, N.A.,<br>SUCCESSOR BY MERGER TO BAC HOME |
| 2 | LOANS SERVICING, LP<br>C/o PITE DUNCAN, LLP |
| 3 | ecfcanb@piteduncan.com<br>4375 Jutland Drive, Suite 200 |
| 4 | P.O. Box 17933<br>San Diego, CA 92177-0933 |
| 5 | |
| 6 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Avenue, Suite 1120 |
| 7 | Miami, FL 33131-1605<br>Attn: Ramesh Singh |
| 8 | |
| 9 | Citimortgage, Inc.<br>C/o McCarthy & Holthus, LLP<br>1770 Fourth Avenue |
| 10 | San Diego, CA 92101 |