

PATRICK L. FORTE #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, Suite 911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

**The following constitutes the order of the court.**
**Signed July 8, 2016**

Attorneys for Debtors

*William J. Lafferty, III*
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

**In re:**

**EDWARD LEE BERCOVICH and
CHERYL DARLENE BERCOVICH,**

**Debtors.**
_____/

**Case No. 12-42186 WJL**

**Chapter 13**

**ORDER GRANTING MOTION TO MODIFY
CHAPTER 13 PLAN**

**HEARING HELD**

**DATE: JUNE 8, 2016
TIME: 10:30 AM
CTRM: 220
1300 CLAY STREET, 2nd FLOOR
OAKLAND, CA**

The Court having considered the Motion to Modify Chapter 13 Plan and the declarations and Memorandum of Points & Authorities in support of the motion and there being no opposition to the motion, and good cause appearing therefor,

IT IS ORDERED that the Motion to Modify Chapter 13 Plan is granted and the executory contracts of Painted Desert Community Association and Turning Point Community Association are rejected effective May 22, 2013;

IT IS FURTHER ORDERED that any allowed unsecured claim for damages resulting from the rejection of the executory contracts shall be paid in accordance with paragraph 2(d) of the Chapter 13 plan

**END OF ORDER**

1

# **COURT SERVICE LIST**

2          'No physical service required'

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26